AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) |
| JOHN LOLOS | ) Case No. |
| | ) |
| | ) |
| | ) |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* JOHN LOLOS,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 1752 (a)(1) & (2)- Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority 40 U.S.C. 5104(e)(2)(D) & (G)- Violent Entry and Disorderly Conduct on Capitol Grounds

Date: 01/09/2021

Zia M. Faruqui
2021.01.09 13:40:53 -05'00'

*Issuing officer's signature*

City and state: Washington, DC

ZIA M. FARUQUI, United States Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 01/09/2021, and the person was arrested on *(date)* 01/09/2021
at *(city and state)* Washington, DC.

Date: 01/22/2021

*Arresting officer's signature*

Tucker Kleitsch / Special Agent
*Printed name and title*